**Ashaunti Quantay PROWELL,**
**Appellant,**

v.

**Dr. Andrew SCHOCK; M.D. Tore Detlie; Yaser El–Mammamy; Daniel C. Randa; Jeffrey J. Roberg; Martin Zadnik; Linda Loken; PK, Staff, Appellees.**

No. 11–3262.

United States Court of Appeals,
Eighth Circuit.

Submitted: May 2, 2012.

Filed: May 7, 2012.

Ashaunti Quantay Prowell, Atwater, CA, pro se.

Henry A. Parkhurst, Barry G. Vermeer, Gislason & Hunter, Rachel B. Peterson, Bassford & Remele, Kelly Ann Putney, Chad W. Strathman, Emergency Physicians Professional Association, Minneapolis, MN, for Appellees.

Before MURPHY, ARNOLD, and SHEPHERD, Circuit Judges.

PER CURIAM.

Inmate Ashaunti Quantay Prowell appeals the district court's [1] order granting defendants' motions to dismiss his 42 U.S.C. § 1983 action for failure to state a claim. Having reviewed the issues raised in Mr. Prowell's brief, *see Blakley v. Schlumberger Tech. Corp.*, 648 F.3d 921, 933 (8th Cir.2011) (issue is waived when not presented in brief with some specificity), we find that his complaint was properly dismissed for the reasons cited in the district court's thorough analysis, *see McAdams v. McCord*, 584 F.3d 1111, 1113 (8th Cir.2009) (reviewing de novo dismissal for failure to state claim, accepting as true all factual allegations, but not legal conclusions couched as factual allegations); *Stone v. Harry*, 364 F.3d 912, 914 (8th Cir.2004) (pro se complaints are liberally construed, but must allege sufficient facts to support claims advanced). The district court is affirmed. *See* 8th Cir. R. 47B.

---

1. The Honorable John R. Tunheim, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Jeffrey J. Keyes, United States Magistrate Judge for the District of Minnesota.